# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-00321-15/21-CR-W-BP |
| ) | |
| CHRISTINE LITTLE WOOD, and ) | |
| CARLOS BERRIOS ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On November 14, 2018, the Grand Jury returned a Third Superseding Indictment charging Defendants Little Wood and Berrios with one count of conspiracy to distribute heroin and methamphetamine in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A) and 846, one count of conspiracy to commit money laundering in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i), (B)(i), (ii) and (h), two counts of interstate transportation in aid of racketeering in violation of Title 18, United States Code, Section 1952(a)(2), and two counts of maintaining drug premises in violation of Title 21, United States Code, Section 856. The Third Superseding Indictment further charges Defendant Berrios with use of a communication facility to facilitate drug conspiracy in violation of Title 21, United States Code, Section 843(b). Additionally, the Third Superseding Indictment charges both defendants with allegations of criminal forfeiture.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
　　Government: Bruce A. Rhoades and Sean Foley
　　Case Agent: none
　　Defense: Katrina Y. Robertson (Christine Little Wood) (may have a jury attorney)
　　　　Cynthia Marie Dodge (Carlos Berrios)

**OUTSTANDING MOTIONS**:

**Christine Little Wood:**

| 11/14/2018 | view639 | (Ex Parte) EX PARTE MOTION for Ex Parte Supplemental Application for Investigative Services by Christine Little Wood. Suggestions in |
|---|---|---|

| | | |
|---|---|---|
| | | opposition/response due by 11/28/2018 unless otherwise directed by the court. (Robertson, Katrina) (Entered: 11/14/2018) |
| 11/15/2018 | view642 | MOTION for release of Brady materials by Christine Little Wood. Suggestions in opposition/response due by 11/29/2018 unless otherwise directed by the court. (Attachments: # 1 Exhibit 1)(Robertson, Katrina) (Entered: 11/15/2018) |
| 11/26/2018 | view658 | MOTION to Dismiss Case by Christine Little Wood. Suggestions in opposition/response due by 12/10/2018 unless otherwise directed by the court. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Robertson, Katrina) (Entered: 11/26/2018) |
| 12/11/2018 | view686 | MOTION for bill of particulars by Christine Little Wood. Suggestions in opposition/response due by 12/26/2018 unless otherwise directed by the court. (Robertson, Katrina) (Entered: 12/11/2018) |
| 01/07/2019 | view722 | MOTION for Order(SEALED) *Compel* by Christine Little Wood. Suggestions in opposition/response due by 1/22/2019 unless otherwise directed by the court. (Robertson, Katrina) (Entered: 01/07/2019) |
| 01/10/2019 | view727 | MOTION for Order(SEALED) by Christine Little Wood. Suggestions in opposition/response due by 1/24/2019 unless otherwise directed by the court. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Robertson, Katrina) (Entered: 01/10/2019) |
| 01/12/2019 | view728 | (Ex Parte) EX PARTE MOTION for Order for Subpoena of Witnesses by Christine Little Wood. Suggestions in opposition/response due by 1/28/2019 unless otherwise directed by the court. (Robertson, Katrina) (Entered: 01/12/2019) |
| 01/17/2019 | view734 | (Ex Parte) EX PARTE MOTION for Amended Exparte Motion for Subpoena of Witnesses by Christine Little Wood. Suggestions in opposition/response due by 1/31/2019 unless otherwise |

|            |         | directed by the court. (Robertson, Katrina) (Entered: 01/17/2019) |
|------------|---------|---|
| 01/22/2019 | view742 | MOTION Notice of Business Records by Christine Little Wood. Suggestions in opposition/response due by 2/5/2019 unless otherwise directed by the court. (Attachments: # 1 Affidavit)(Robertson, Katrina) (Entered: 01/22/2019) |

**Carlos Berrios**

|            |         |   |
|------------|---------|---|
| 11/19/2018 | view651 | MOTION to Dismiss *Third Superseding Indictment* Count(s) Six, Eight, and Ten by Carlos Berrios. Suggestions in opposition/response due by 12/3/2018 unless otherwise directed by the court. (Dodge, Cynthia) (Entered: 11/19/2018) |
| 11/19/2018 | view652 | MOTION for speedy trial by Carlos Berrios. Suggestions in opposition/response due by 12/3/2018 unless otherwise directed by the court. (Dodge, Cynthia) (Entered: 11/19/2018) |
| 01/22/2019 | view744 | MOTION Production of Witness *17(b)* by Carlos Berrios. Suggestions in opposition/response due by 2/5/2019 unless otherwise directed by the court. (Dodge, Cynthia) (Entered: 01/22/2019) |

**\*\* Defense counsel for Berrios intends to file a motion to allow her expert to testify via live video-feed due to the Government shutdown and the need to obtain travel funds**

**TRIAL WITNESSES**:
    Government: 19 with stipulations; 22 without stipulations
    Defendant Little Wood: 8-10 witnesses, including the Defendant
    Defendant Berrios: 4-5 witnesses, including the Defendant

**TRIAL EXHIBITS**
    Government: approximately over 100 exhibits (includes sub-numbered exhibits)
    Defendant Little Wood: no more than 50 exhibits (includes sub-numbered exhibits)
    Defendant Berrios: no more than 50-75 exhibits (includes sub-numbered exhibits)

**DEFENSES**: General denial as to both.

**POSSIBLE DISPOSITION**:
   Little Wood:
      ( ) Definitely for trial; (X ) Possibly for trial; (   ) Likely a plea will be worked out
   Berrios:
      (X) Definitely for trial; ( ) Possibly for trial; (   ) Likely a plea will be worked out

**TRIAL TIME: 1.5 weeks total**
   Government's case including jury selection: 3.5 day(s)
   Defendant Little Wood's case: 2 to 2.5 day(s)
   Defendant Berrios' case: 2 days

**STIPULATIONS**: none at this time

**UNUSUAL QUESTIONS OF LAW:** none

**FILING DEADLINES:**

   **Witness and Exhibit List**
      Government: **Updated list due on or before January 29, 2019.**
         Proposed Witness List filed on November 13, 2018 (Doc. #633.)
         Amended Proposed Exhibit List filed on January 10, 2019 (Doc. #725.)
      Defense: **Due on or before January 29, 2019.**
         Proposed Witness List (Berrios) filed on January 22, 2019

   **Counsel are requested to list witnesses in alphabetical order on their witness list.**

   **Exhibit Index, Voir Dire, Jury Instructions: Due by noon, Wednesday, February 6, 2019.**

   **Please Note**: Jury instructions must comply with Local Rule 51.1

   **Motion in Limine:** One or both parties is/are considering a motion in limine regarding co-defendant and prior convictions. **Motions in Limine due on or before February 6, 2019.**

**TRIAL SETTING**: Criminal jury trial docket set for February 11, 2019.

   **Please note:** Given the length of trial it should be set on the first week.

**IT IS SO ORDERED.**

                                          */s/ Lajuana M. Counts*
                                          Lajuana M. Counts
                                          United States Magistrate Judge