# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 16-00321-15/21-CR-W-GAF |
| | ) |
| CHRISTINE LITTLE WOOD and | ) |
| CARLOS BERRIOS, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Now before the Court is defendant Christine Little Wood's ("Wood") Motion to Dismiss Third Superseding Indictment (Doc. #658) and defendant Carlos Berrios's ("Berrios") Motion to Dismiss Counts Six, Eight and Ten of the Third Superseding Indictment With Prejudice (Doc. #651).

On January 25, 2019, United States Magistrate Judge Lajuana M. Counts issued her Report and Recommendation (Doc. #757). Defendant Berrios filed his Objections to the Report and Recommendation (Doc. #793) on February 6, 2019. Defendant Wood filed her Objections to the Report and Recommendation (Doc. #798) on February 8, 2019.

Upon careful and independent review of the pending motions, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Lajuana M. Counts. Accordingly, it is hereby

ORDERED that defendant Wood's Motion to Dismiss Third Superseding Indictment (Doc. #658) and defendant Berrios's Motion to Dismiss Counts Six, Eight and Ten of the Third Superseding Indictment With Prejudice (Doc. #651) are DENIED.

s/ Gary A. Fenner
                                                            GARY A. FENNER, JUDGE
                                                            UNITED STATES DISTRICT COURT

DATED: February 11, 2019